IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02836-WYD-BNB

EMMA R. HALL,

Plaintiff,

v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS,
ADAMS COUNTY CORONER'S OFFICE, and
JAMES HIBBARD, in his official capacity

Defendants.
_____

**ORDER**
_____

On November 5, 2010, I was informed that this case had been resolved. I entered an order requiring that the case be dismissed on or before November 19, 2010. The dismissal was not accomplished, and I set the matter for a status conference on December 10, 2010, which was continued to today. On December 9, 2010, I was informed by counsel for the plaintiff that she was seeking advice on taxation issues but that dismissal would be accomplished by December 20, 2010. It was not. At the status conference this afternoon, I am informed that dismissal will be accomplished on or before December 31, 2010.

IT IS ORDERED:

(1) A status conference is set for **January 10, 2011, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel, the plaintiff, and Mr. Warren on behalf of the defendants must attend the status conference **in person**; and

(2)     The status conference will be vacated upon the filing of a stipulation or motion to dismiss with prejudice.

Dated December 21, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge